**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Erick C Sterdivant<br><br>Debtor(s) | Case No. 11 B 40328 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/03/2011.

2) The plan was confirmed on 02/07/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/07/2012, 02/07/2012, 05/14/2013, 03/24/2015, 09/27/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/24/2015, 11/30/2015, 08/08/2016.

5) The case was Completed on 12/06/2016.

6) Number of months from filing to last payment: 62.

7) Number of months case was pending: 70.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $762,232.36.

11) All checks distributed by the trustee relating to this case have cleared the bank .

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $165,324.09 |
| Less amount refunded to debtor | $4,472.98 |

**NET RECEIPTS:** $160,851.11

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,682.72 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $8,682.72

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 77th St Depot Federal Credit Union | Unsecured | 3,687.00 | NA | NA | 0.00 | 0.00 |
| 77th St Depot Federal Credit Union | Unsecured | 3,687.00 | NA | NA | 0.00 | 0.00 |
| 77th Street Depot Federal Credit Union | Secured | 3,687.00 | 2,870.00 | 2,870.00 | 2,870.00 | 362.67 |
| American Home Mortgage Servicing | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| American Home Mortgage Servicing | Unsecured | 140,754.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 1,413.00 | 1,012.85 | 1,012.85 | 123.99 | 0.00 |
| Associated Receivables | Unsecured | 603.00 | NA | NA | 0.00 | 0.00 |
| Capital Accounts | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 2,451.00 | 2,451.71 | 2,451.71 | 300.14 | 0.00 |
| Certegy | Unsecured | 2,875.00 | NA | NA | 0.00 | 0.00 |
| Chase Home Finance | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| Chase Home Finance | Secured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| Citizens Automotive Finance | Secured | 4,988.00 | 4,988.41 | 4,988.41 | 0.00 | 0.00 |
| Citizens Bank | Unsecured | 4,988.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago | Unsecured | 1,154.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago | Unsecured | 697.87 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Unsecured | NA | 134.78 | 134.78 | 16.50 | 0.00 |
| City of Chicago Department of Finance | Unsecured | NA | 1,692.10 | 1,692.10 | 207.15 | 0.00 |
| City of Chicago Department of Finance | Unsecured | NA | 2,331.60 | 2,331.60 | 285.43 | 0.00 |
| City of Chicago Department of Finance | Unsecured | NA | 4,225.32 | 4,225.32 | 517.26 | 0.00 |
| City of Chicago Department of Finance | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 700.00 | 700.00 | 700.00 | 85.69 | 0.00 |
| Cook County Treasurer | Unsecured | NA | 584.33 | 584.33 | 71.53 | 0.00 |
| Cook County Treasurer | Unsecured | NA | 1,200.14 | 1,200.14 | 146.92 | 0.00 |
| Cook County Treasurer | Secured | 1,200.00 | 1,784.33 | 1,200.00 | 1,200.00 | 434.30 |
| Debt Recovery Solutions | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | NA | 759.83 | 759.83 | 93.02 | 0.00 |
| I C Systems Inc | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue 0414 | Unsecured | NA | 3,561.97 | 3,561.97 | 436.06 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 1,377.00 | 1,233.78 | 1,233.78 | 35.14 | 0.00 |
| Kimberly Johnson | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Services | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| National Quick Cash | Unsecured | 1,614.64 | NA | NA | 0.00 | 0.00 |
| Nissan Motor Acceptance Corporation | Unsecured | 41,530.00 | 22,463.99 | 22,463.99 | 2,750.04 | 0.00 |
| Nissan Motor Acceptance Corporation | Secured | 41,530.00 | 37,463.99 | 15,000.00 | 15,000.00 | 988.16 |
| Ocwen Loan Servicing LLC | Secured | 140,754.00 | 166,984.61 | 40,000.00 | 40,000.00 | 4,917.57 |
| Ocwen Loan Servicing LLC | Unsecured | NA | 126,984.61 | 126,984.61 | 15,545.46 | 0.00 |
| Peoples Energy Corp | Unsecured | NA | 2,040.51 | 2,040.51 | 249.80 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 6,512.39 | 6,512.39 | 797.25 | 0.00 |
| Quantum3 Group | Unsecured | 336.19 | 336.19 | 336.19 | 41.16 | 0.00 |
| Receivables Management Inc | Unsecured | 150.00 | 400.00 | 400.00 | 48.97 | 0.00 |
| Receivables Performance | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| Select Portfolio Servicing Inc | Secured | 104,725.60 | 93,139.28 | 93,139.28 | 0.00 | 0.00 |
| Select Portfolio Servicing Inc | Secured | 104,725.60 | 2,725.60 | 2,725.60 | 2,725.60 | 0.00 |
| Snap-On Credit LLC | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| Tammeda Grees | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank NA | Secured | 6,512.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Financial Illinois Inc | Secured | 40,797.00 | 74,069.55 | 8,800.00 | 4,766.06 | 812.07 |
| Wells Fargo Financial Illinois Inc | Unsecured | NA | 76,252.00 | 65,269.55 | 0.00 | 0.00 |
| Wells Fargo Financial Leasing | Unsecured | 40,797.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Home Mortgage | Unsecured | 126,388.70 | 155,774.64 | 155,774.64 | 19,069.93 | 0.00 |
| Wells Fargo Home Mortgage | Secured | 1,159.65 | 1,159.65 | 1,159.65 | 1,159.65 | 0.00 |
| Wells Fargo Home Mortgage | Secured | 32,050.00 | 187,824.64 | 32,050.00 | 32,050.00 | 3,760.87 |
| Wells Fargo Home Mortgage | Secured | 126,388.70 | 300.00 | 300.00 | 300.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $93,139.28 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,025.60 | $3,025.60 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $106,068.06 | $97,045.71 | $11,275.64 |
| **TOTAL SECURED:** | **$202,232.94** | **$100,071.31** | **$11,275.64** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$399,670.29** | **$40,821.44** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $8,682.72 |
| Disbursements to Creditors | $152,168.39 |
| **TOTAL DISBURSEMENTS** : | **$160,851.11** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/14/2017          By: /s/ Marilyn O. Marshall
                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**